```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 09 B 00641
    ERIN SWADE
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-8793
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/10/09 .

    2.  The case was dismissed without confirmation, 02/20/2009.

---

```
CREDITOR NAME              CLASS        CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                            PAID             PAID
```
---

        Summary of disbursements:
---

```
                          SECURED    PRIORITY   UNSECURED       OTHER        TOTAL
----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED           .00        .00        .00           .00          .00
PRINCIPAL PAID               .00        .00        .00           .00          .00
INTEREST PAID                .00        .00        .00           .00          .00
TOTAL PAID                   .00        .00        .00           .00          .00
The Debtor's attorney, DANIEL K SINCLAIR            , was allowed $          .00
and was paid $        .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .
```

        Dated: 03/11/09              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE

```
                              PAGE   2
    CASE NO. 09 B 00641 ERIN SWADE
```